FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 18 2006

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PET QUARTERS, INC.                                           PLAINTIFF

V.                    CASE NO. 4:04-CV-697 (RSW)

THOMAS BADIAN, RHINO ADVISORS, INC.,
AMRO INTERNATIONAL, S.A., SPLENDID ROCK
HOLDINGS, LTD., LADENBURG THALMANN & CO., INC.,
MICHAEL VASINKEVICH, H.U. BACHOFEN,
HANS GASSNER, JAMES DAVID HASSAN,
MARKHAM HOLDINGS LIMITED, CURZON CAPITAL
CORPORATION, WESTMINSTER SECURITIES CORP.,
AND JOHN DOES 1 TO 50 INCLUSIVE,                            DEFENDANTS

**ORDER**

The Court has previously declined to rule on Defendant Thomas Badian's Motion to Dismiss for Improper Venue (doc. #114). Badian moved for dismissal for improper venue along with Defendants Rhino Advisors, Inc., Amro International, S.A., and Splendid Rock Holdings, Ltd. (doc. #55). The Court stayed this litigation as to Rhino Advisors, Inc., Amro International, S.A., and Splendid Rock Holdings, Ltd., pending arbitration in New York but did not join Badian in that order (doc. #162). Because Badian is an agent of the parties that have engaged in arbitration in New York, he is entitled to a stay of litigation pending the arbitration as well. See Lee v. Chica, 983 F.2d 883, 886-87 (8th Cir. 1993) (holding an employee or agent of a party to an agreement may enforce an arbitration agreement).

Therefore, the Court now joins Thomas Badian in its order staying the litigation as to Rhino Advisors, Inc., Amro International, S.A., and Splendid Rock Holdings, Ltd. All claims against Badian are stayed pending the completion of arbitration in New York. There shall be no court proceedings regarding this Defendant until the arbitration contracted for by the parties is complete.

**IT IS SO ORDERED.**

Dated this 18th day of September, 2006.

Rodney S. Webb, District Judge
United States District Court