```
             IN THE UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF ARKANSAS
                       WESTERN DIVISION
```

PET QUARTERS, INC.                                           PLAINTIFF

v.                    CASE NO. 4:04-CV-697 (RSW)

THOMAS BADIAN, RHINO ADVISORS, INC.,
AMRO INTERNATIONAL, S.A.,
SPLENDID ROCK HOLDINGS, LTD.,
LADENBURG THALMANN & CO., INC.,
MICHAEL VASINKEVICH, PERSHING, LLC,
H.U. BACHOFEN, HANS GASSNER,
JAMES DAVID HASSAN, MARKHAM HOLDINGS
LIMITED, CURZON CAPITAL CORPORATION,
WESTMINSTER SECURITIES CORP.,
and John DOES 1 to 50 inclusive,                            DEFENDANTS

**O R D E R**

On April 5, 2006, the attorneys for defendant H.U. Bachofen filed a Suggestion of Death Upon the Record (doc. #155). The suggestion of Death states that defendant Bachofen passed away on December 5, 2005. In an Order dated May 24, 2006, this Court gave plaintiff 90 days to file a motion for substitution of parties pursuant to Rule 25(a) of the Federal Rules of Civil Procedure.

On June 30, 2006, plaintiff filed a Motion for Enlargement of Time and for an Order Directing the Attorneys for H.U. Bachofen to Provide Answers to Pet Quarters Regarding his Death (doc. #173). In an Order dated July 13, 2006 (doc. #179), this Court granted that motion in part and denied it in part. The

Court gave plaintiff an additional 90 days from the date of that Order to file and serve a motion for substitution of parties pursuant to Rule 25(a)(1) and stated that if plaintiff did not file and serve the motion within 90 days, plaintiff's causes of action against Bachofen would be dismissed without further notice.

The additional 90 days to file and serve the motion for substitution ran out on October 11, 2006.  As plaintiff has not filed and served a motion for substitution of parties by the Court-ordered deadline, **IT IS HEREBY ORDERED** that plaintiff's causes of action against H.U. Bachofen are dismissed with prejudice.

**IT IS SO ORDERED,** this 30th day of October, 2006.

RODNEY S. WEBB   District Judge
United States District Court