IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PET QUARTERS, INC.**                                                                                        **PLAINTIFF**

v.                                          **4:04CV00697-WRW**

**THOMAS BADIAN,** *et al.*                                                                        **DEFENDANTS**

## ORDER

Pending is Plaintiff's Notice of Dismissal, filed as an amended motion to dismiss certain defendants (Doc. No. 257). The Motion is GRANTED. Pursuant to Plaintiff's Notice of Dismissal, only Defendants Thomas Badian; Rhino Advisors, Inc.; Amro International, S.A.; Splendid Rock Holdings, Ltd.; James David Hassan; Markham Holdings Limited; and Hans Gassner are DISMISSED WITH PREJUDICE.

The previous motion to dismiss these parties (Doc. No. 256) is DENIED AS MOOT.

IT IS SO ORDERED this 26th day of July, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE