# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**PET QUARTERS, INC.**                                                                                          **PLAINTIFF**

**v.**                                              **4:04CV000697-WRW**

**THOMAS BADIAN,** *et al.*                                                                                    **DEFENDANTS**

## ORDER

Given that Defendants will file their motions to reconsider by October 29, 2010,[1] discovery is stayed at this time. Defendants are directed to brief the discovery stay issue in their motions to reconsider.

A Rule 16(b) conference will not be held on Thursday, October 21, 2010.

IT IS SO ORDERED this 20th day of October, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] *See* Doc. No. 263.