IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PET QUARTERS, INC.**                                                                                           **PLAINTIFF**

**v.**                                               **4:04CV00697-BRW**

**THOMAS BADIAN,** *et al.*                                                                        **DEFENDANTS**

## ORDER

The motions for Laura L. Gee and Gary M. Jewell to appear *pro hac vice* as counsel for Plaintiff (Doc. Nos. 281 and 282) are GRANTED.

IT IS SO ORDERED this 18th day of February, 2011.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE