IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PET QUARTERS INC.**                                                   **PLAINTIFF**

**v.**                          **4:04-CV-00697-WRW**

**THOMAS BADIAN,** *et al.*                                       **DEFENDANTS**

### **ORDER**

Pending is a Joint Motion for Order of Dismissal by the remaining parties in this case -- Plaintiff Pet Quarters, Inc. and Defendants Ladenburg Thalmann & Co. Inc. and Michael Vasinkevich (Doc. No. 308). The parties have settled this case and ask that the case be dismissed with prejudice. The Motion is GRANTED.

IT IS SO ORDERED this 6th day of March, 2012.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

1